DuBose *v.* Bank of Sparta *et al.*

Lumpkin, J.  1. Where a bill of exceptions recited the filing of a petition, the making of an amendment thereto, the filing of a demurrer, the sustaining of it, and the dismissal of the case, "which was error," this was a sufficient assignment of error to withstand a motion to dismiss the writ of error.

2. The petition set out no cause of action, and there was no error in sustaining the demurrer and dismissing the case.

*Judgment affirmed. All the Justices concur.*
December 11, 1912.

Complaint.  Before Judge J. B. Park.  Hancock superior court.  March 28, 1912.

*R. H. Lewis,* for plaintiff.  *R. L. Merritt,* for defendants.